# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| John Antwoin Ways,<br>*Plaintiff*<br>v.<br><br>Major Smith *Kershaw Correctional Inst. in his/her official capacity*; Associate Warden Canning *Kershaw Corr. in his/her official capacity*; Associate Warden Ford *Kershaw Corr. in his/her official capacity*; Kershaw Correctional instution *State Correctinal Facility in their official capacity*,<br>*Defendant*. | )<br>)<br>)<br>)<br>)<br>Civil Action No.   1:19-cv-02442-DCN |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

■ The plaintiff, John Antwoin Ways, shall take nothing of the defendant, Major Smith *Kershaw Correctional Inst. in his/her official capacity*, Associate Warden Canning *Kershaw Corr. in his/her official capacity*, Associate Warden Ford *Kershaw Corr. in his/her official capacity* and Kershaw Correctional instution *State Correctinal Facility in their official capacity*, and this action is dismissed without prejudice.

This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable David C. Norton, United States District Judge, presiding, affirming the Report and Recommendation of the Honorable Shiva V. Hodges, United States Magistrate Judge, which recommended dismissing the action.

Date:   October 23, 2019                              *ROBIN L. BLUME, CLERK OF COURT*

                                                                                        s/L. Baker
                                                                    _____
                                                                    *Signature of Clerk or Deputy Clerk*